# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BOBBY SOLOMON,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | 5:04-CV-319 (WDO) |
| : | |
| **ANN M. VENEMAN, Secretary,** : | |
| **United States Department of** : | |
| **Agriculture,** : | |
| : | |
| **Defendant** : | |

## ORDER

After hearing from the parties on Plaintiff's counsel's motion to withdraw, the Court HEREBY ORDERS Plaintiff's counsel to file a response to the motion for summary judgment no later than 45 days from the date of this order. After the response is filed, counsel's motion to withdraw shall be granted and an appropriate order will be entered on that date.

**SO ORDERED this 28th day of September, 2006.**


S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**