IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BOBBY SOLOMON,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:04-CV-319 (WDO) |
| **ANN M. VENEMAN, Secretary, United States Department of Agriculture,** | : | |
| **Defendant** | : | |

### ORDER

Plaintiff's counsel's motion to withdraw is HEREBY GRANTED and he is released from this case. Plaintiff Bobby Solomon is HEREBY NOTIFIED that a response to the motion for summary judgment has not been filed. Although the Court has received the documentation recently sent to the Court by the Plaintiff, Plaintiff is invited to file any additional material and a response to the summary judgment motion no later than February 9, 2007. Defendant may file a reply 10 days thereafter, after which the Court rule on the motion for summary judgment.

SO ORDERED this 6th day of December, 2006.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE