IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BOBBY SOLOMON, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:04-cv-319 (WDO) |
| ANN VENEMAN, Secretary, United States Department of Agriculture, | : |
| Defendant. | : |

# J U D G M E N T

The Court by Order dated and filed March 1, 2007, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff.

Defendant is entitled to recover its costs of this action.

This 1st day of March, 2007.

GREGORY J. LEONARD, CLERK

s/ Denise Partee, Deputy Clerk